Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR -1 2018

ARTHUR JOHNSTON
BY_____DEPUTY

Division

*Kimberly Edwards*
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

*Dr. David Seago*
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. *3:18cv135 LG-LRA*
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.      **The Parties to This Complaint**

   A.      **The Plaintiff(s)**

            Provide the information below for each plaintiff named in the complaint. Attach additional pages if
            needed.

            Name                    *Kimberly Edwards*
            Street Address          *184 Kings Drive   P.O. Box 312*
            City and County         *Pickens, Holmes*
            State and Zip Code      *MS, 39146*
            Telephone Number        *662-468-0937*
            E-mail Address          *rebelkimber@gmail.com*

   B.      **The Defendant(s)**

            Provide the information below for each defendant named in the complaint, whether the defendant is an
            individual, a government agency, an organization, or a corporation. For an individual defendant,
            include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Dr. David Seago
DMP
106 Highland way Madison, MS 39110
Madison, Madison
MS 39110
601-206-0433

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

$ 32,000,000.00

_____ 32 million _____

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)* 05/11/2008 , at *(place)* St. Dominic Hospital ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

on 07 /11/2008 I had a oral reconstruction surgery, to align the jaw bones. after, the surgery I woke up and sat up in the bed and blood went to draining down my nose for a cuple hours. My family had to hold this lil suction vaccum to my nose to try to control the bleeding.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

After the surgery and us telling Dr.Seago about the bleeding . He assured me that everything was okay.as the years went by I lost my sense .
2016 I cant hardly breathe out one nostril , and has had some blood clots fall from mouth which i cough upped after I was struck in the left maxfollio area. My sinus are horrible , pressure is always around my ears, neck , head , and cheeks. I also have since then start snoring

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

32 million dollars worth of damages. I have loss most of my sense of smelling. developed a sleeping problem , sinitus, snoring, and bloodclots.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

 a.    If the plaintiff is an individual
  The plaintiff, *(name)* _____ , is a citizen of the
  State of *(name)* _____ .

 b.    If the plaintiff is a corporation
  The plaintiff, *(name)* _____ , is incorporated
  under the laws of the State of *(name)* _____ ,
  and has its principal place of business in the State of *(name)* _____
  _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

 a.    If the defendant is an individual
  The defendant, *(name)* _____ , is a citizen of
  the State of *(name)* _____ . Or is a citizen of
  *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    01 / 24 / 2018

Signature of Plaintiff    *Kimberly Edwards*

Printed Name of Plaintiff    *Kimberly Edwards*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address